THE STATE v. WILLIAM CRUSER.

Where the proceedings of the freeholders have been irregular, the order of the Common Pleas for filing their certificate, will be set aside, and the return of the surveyors recorded.

This was a certiorari directed to the Common Pleas of Somerset, removing into this court the proceedings in a matter of road. The opinion of the court was delivered by Justice Ford.

*Tenbroeck,* and *J. S. Green,* for plaintiff in certiorari.

*C. L. Hardenbergh,* for defendant.

Curtis *v.* Hollingshead.

FORD, J.    A road was returned in Somerset by six survey-ors of the highways, to whose appointment and proceedings no. objection is taken.   Six freeholders were then appointed, who reported the road to be useless and unnecessary, but their pro-ceedings were eminently irregular; they did not meet on the day appointed by the court, nor till four days afterwards, and they show no public notice of meeting even then; nor did they meet at the place appointed, but at a different place; from which time and place they adjourned to another time without the con-sent or notice required in the statute.   If these are errors not in *form* only, but in *substance*, the court below erred in order-ing the certificate to be filed; they should have set it aside; the freeholders had no jurisdiction to proceed at another time and place, and without public notice, and we must reverse the order for filing and affirming this report; it is erroneous and void, as if they had made none; and if they neglect to certify, in a le-gal manner, that the road is unnecessary (which they have cer-tainly neglected to do) the 7th section of the act, *Rev. Laws*, 618, declares that the return of the surveyors shall remain valid, and be recorded, and the road, so laid out, shall become a pub-lic highway.   Let therefore the order for filing the certificate of the freeholders be set aside, but the return of the surveyors must be recorded.